**Order entered December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00954-CV

### IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13669**

## ORDER

The clerk's and reporter's record are overdue. By letter dated October 31, 2018, Dallas County District Clerk informed the Court that the record had been prepared but was being held for nonpayment. In the letter, Ms. Pitre acknowledges that appellant filed an affidavit of inability to pay on September 13, 2018. She further states that her office "will honor the affidavit for all requests filed on or after this date." We **ORDER** Ms. Pitre to file the clerk's record by **December 28, 2018**. *See* TEX. R. CIV. P. 145(c).

We **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record by **January 18, 2019**. *See* TEX. R. CIV. P. 145(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre, Ms. Finkley, and all parties.

/s/    ADA BROWN
       JUSTICE